United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-12716-ref
Susan Bess Hitchings                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: May 04, 2018
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db          +Susan Bess Hitchings,   2910 Washington St.,   Bethlehem, PA 18020-5545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 05 2018 02:03:53      Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
          DAVID W. TIDD    on behalf of Debtor Susan Bess Hitchings bankruptcy@davidtiddlaw.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          KEVIN G. MCDONALD    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SUSAN BESS HITCHINGS | : | Ch. 13 |
| | : | |
| Debtor. | : | 18-12716-REF |

**ORDER**

AND NOW upon consideration of Debtor's Motion to Extend Time to File rest of Schedules, Chapter 13 Plan, Statement of Financial Affairs and Means Test, it is hereby;

ORDERED that the Debtor shall have until May 28, 2018 to file her Chapter 13 Plan, Schedules, Statement of Financial Affairs and Means Test.

**Date: May 4, 2018**

BY THE COURT:

_____
J.