# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| SUSAN BESS HITCHINGS | :   Ch. 13 |
| | : |
| Debtor. | :   18-12716-REF |

## ORDER

AND NOW upon consideration of Debtor's Second Motion to Extend Time to File rest of Schedules, Chapter 13 Plan, and Means Test, it is hereby;

ORDERED that the Debtor shall have until June 6, 2018 to file her Chapter 13 Plan, Schedules, and Means Test.

**Date: May 24, 2018**

BY THE COURT:

_____
J.