# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12716-ref
Susan Bess Hitchings                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Jun 12, 2018
                              Form ID: 309I          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
```
db           +Susan Bess Hitchings,    2910 Washington St.,    Bethlehem, PA 18020-5545
tr           +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
               Reading, PA 19606-0410
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14095931      Catherine's,   18 W Lightcap Rd,    Pottstown, PA  19464-7806
14095934      GM Financial Leasing,    PO Box 182963,    Arlington, TX  76096-2963
14095938      Lendup,   PO Box 4517,    Carol Stream, IL  60197-4517
14095939      PennyMac,    PO Box 514387,    Los Angeles, CA  90051-4387
14101387     +PennyMac Loan Services, LLC,    c/o Kevin G. McDonald, Esq,    701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
14095941      Sterling Credit Corporation,    PO Box 675,    Spring House, PA  19477-0675
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: bankruptcy@davidtiddlaw.com Jun 13 2018 01:50:21      DAVID W. TIDD,
               656 Ebersole Road,    Reading, PA  19605
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2018 01:50:37
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 13 2018 01:51:00      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 13 2018 01:50:52      United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14095928      EDI: RMSC.COM Jun 13 2018 05:43:00      Amazon,    PO Box 960013,    Orlando, FL  32896-0013
14095929      EDI: TSYS2.COM Jun 13 2018 05:43:00      Barclays Bank Delaware,    PO Box 8803,
               Wilmington, DE  19899-8803
14095930      EDI: CAPITALONE.COM Jun 13 2018 05:43:00      Capital One Bank (USA), N.A.,    P.O. Box 71083,
               Charlotte, NC  28272-1083
14095932      EDI: CITICORP.COM Jun 13 2018 05:43:00      Citi Cards/Citibank,    PO Box 6241,
               Sioux Falls, SD  57117-6241
14095933      EDI: DISCOVER.COM Jun 13 2018 05:43:00      Discover Bank,    P.O. Box 15316,
               Wilmington, DE  19850-0000
14101217      EDI: DISCOVER.COM Jun 13 2018 05:43:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
14095935     +EDI: RMSC.COM Jun 13 2018 05:43:00      JC Penny's,    P.O. Box 965045,    Orlando, FL 32896-5045
14095936      EDI: CBSKOHLS.COM Jun 13 2018 05:43:00      Kohl's Payment Center,    P.O. Box 2983,
               Milwaukee, WI  53201-2983
14095937      EDI: WFNNB.COM Jun 13 2018 05:43:00      Lane Bryant,    PO Box 182273,
               Columbus, OH  43218-2273
14115224     +EDI: MID8.COM Jun 13 2018 05:43:00      MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
14117885      EDI: Q3G.COM Jun 13 2018 05:43:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
14095940      EDI: SEARS.COM Jun 13 2018 05:43:00      Sears Credit Cards,    P.O. Box 183082,
               Columbus, OH  43218-3082
14096586     +EDI: RMSC.COM Jun 13 2018 05:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
14095942      EDI: WTRRNBANK.COM Jun 13 2018 05:43:00      Target,    PO Box 660170,    Dallas, TX  75266-0170
14095943      EDI: RMSC.COM Jun 13 2018 05:43:00      Toys R Us,    PO Box 965005,    Orlando, FL  32896-5005
14095944      EDI: RMSC.COM Jun 13 2018 05:43:00      Walmart Mastercard/SYNCB,    P.O. Box 960024,
               Orlando, FL  32896-0024
14095945      EDI: WFNNB.COM Jun 13 2018 05:43:00      Woman Within,    PO Box 659728,
               San Antonio, TX  78265-9728
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
               Reading, PA 19606-0410
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: dlv                 Page 2 of 2                 Date Rcvd: Jun 12, 2018
                              Form ID: 309I             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
              DAVID W. TIDD    on behalf of Debtor Susan Bess Hitchings bankruptcy@davidtiddlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Susan Bess Hitchings** | | Social Security number or ITIN | **xxx–xx–9988** |
| | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN | _ _ _ _ |
| | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | Date case filed for chapter  13 | **4/23/18** |
| Case number: | **18–12716–ref** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Susan Bess Hitchings | |
| 2. | **All other names used in the last 8 years** | aka Susan Hitchings, aka Susan B Hitchings | |
| 3. | **Address** | 2910 Washington St.<br>Bethlehem, PA 18020 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID W. TIDD<br>656 Ebersole Road<br>Reading, PA 19605 | Contact phone 610–838–8700<br><br>Email:  bankruptcy@davidtiddlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br><br>Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 6/12/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 10, 2018 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/8/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/2/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/20/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 75.06 per month for 36 months. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**8/9/18** at **09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |