# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Susan Bess Hitchings aka Susan Hitchings aka Susan B Hitchings <br><br>                                    Debtor <br><br> PennyMac Loan Services, LLC <br>                                    Movant <br>                vs. <br><br> Susan Bess Hitchings aka Susan Hitchings  aka Susan B Hitchings <br>                                    Respondent | CHAPTER 13 <br><br><br> NO. 18-12716 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of PennyMac Loan Services, LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about July 27, 2018 (Document No. 23).

                                                          Respectfully submitted,

                                                          **/s/ Kevin G. McDonald, Esquire**
                                                          Kevin G. McDonald, Esquire
                                                          Attorney for Movant
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA  19106
                                                          215-627-1322

October 17, 2018